**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CRIMINAL NO. EP-25-CR-1547(1)-KC** |
| | § | |
| **(1) JOSE HUERTA,** | § | |
| Defendant. | § | |

## GOVERNMENT'S BILL OF PARTICULARS

The United States of America, by and through the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney, and hereby files this, the Government's Bill of Particulars, as ordered by this Honorable Court.

1. Laboratory B was a laboratory in the Northern District of Texas. HOSPITAL-2 had an ownership interest in Laboratory B since at least on or about July 2018.

2. During the dates alleged in the Indictment, HOSPITAL-2 did not have the ability to conduct urine drug testing (UDT) at its location in El Paso, Texas.

3. On or about September 20, 2018, Defendant HUERTA told a representative of Blue Cross Blue Shield that "pre-July 1 samples first arrived at [HOSPITAL-2], then were referenced to [Laboratory A] for testing. . . . [HOSPITAL-2] has not referenced out a sample for testing since July 1, 2018; after that date all samples were tested at [Laboratory B] (which [HOSPITAL-2] wholly owns . . .)".

4. Claims data from Blue Cross Blue Shield reveal a claim for UDT testing for patient D.B. submitted by and on behalf of HOSPITAL-2 (the "August 14, 2018 claim").

    a. This claim shows a "From Date" and "To Date" of August 14, 2018,

indicating the date of service.

b. The claim is for procedure codes 80307 and G0480.

c. The Performing Provider is HOSPITAL-2, NPI Number ending in -8951.

d. The Billing Provider is HOSPITAL-2, NPI Number ending in -8951.

5. Laboratory A has an NPI number.

6. Laboratory B has an NPI number.

7. The NPI numbers of neither Laboratory A nor Laboratory B appear on the BCBS claims data for the August 14, 2018 claim.

8. On or about July 20, 2020, HOSPITAL-2 received reimbursement from BCBS in the amount of approximately $2,430.00, which payment was for the August 14, 2018 claim submitted by and on behalf of HOSPITAL-2 and which funds were deposited in a Point Bank Account -6064 in the name of Laboratory B, doing business as HOSPITAL-2.

9. Bank records reveal Defendant Israel NAVARRO as an authorized signer on Point Bank Account -6064.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: /s/_____
SHANE WAGMAN ROMERO
Assistant U.S. Attorney
CA Bar # 283503
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3498

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the attorney of record for Defendant.

/s/_____
SHANE WAGMAN ROMERO
Assistant U.S. Attorney