**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-25-CR-1547-KC** |
| | § | |
| **(1) JOSE HUERTA, and** | § | |
| **(2) ISRAEL NAVARRO** | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

**ORDER OF DISMISSAL**

The United States of America, by and through the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney, hereby files this Order of Dismissal.

On October 7, 2025, this Honorable Court ordered the Government to file a Bill of Particulars in the above captioned case. Order (ECF No. 73.) The Government filed a Bill of Particulars on October 14, 2025. Govt.'s Bill of Particulars (ECF No. 77.) The Bill of Particulars discussed a single claim that had a date of service of August 14, 2018 (the "August 14 claim"). *See id.* The Government has learned additional information about events that occurred in between August 14, 2018, and the July 2020 remittance by BCBS for the August 14 claim. The Government no longer wishes to pursue this case.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses, without prejudice, the Felony Indictment against Defendant **JOSE HUERTA** and Defendant **ISRAEL NAVARRO**.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY:   /s/_____
SHANE WAGMAN ROMERO
Assistant U.S. Attorney
CA Bar # 283503
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3498

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT COURT JUDGE

DATE: _____